PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:22-CV-01818-DAD-JDP |
|---|---|
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $324,650.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against Approximately $324,650.00 in U.S. Currency ("defendant currency") seized on or about August 25, 2021.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on October 14, 2022, alleging that said defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3. On October 17, 2022, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was executed on October 19, 2022.

4. Beginning on November 3, 2022, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on December 5, 2022.

5. In addition to the public notice on the official internet government forfeiture site

www.forfeiture.gov, actual notice or attempted notice was given to the following individual:

      a.     Valentina Miles

6. Claimant Valentina Miles filed a Verified Answer to Verified Complaint for Forfeiture *In Rem* on December 1, 2022. No claim was filed by Valentina Miles. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7. Claimant Valentina Miles represented and warranted that she is the sole owner of the defendant currency.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. Judgment is hereby entered against claimant Valentina Miles and all other potential claimants who have not filed claims in this action.

2. Upon entry of this Final Judgment of Forfeiture, $239,650.00 of the Approximately $324,650.00 in U.S. Currency, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

3. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $85,000.00 of the Approximately $324,650.00 in U.S. Currency shall be returned to Valentina Miles through her attorney Mark Reichel.

4. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. Valentina Miles waived the provisions of California Civil Code § 1542.

5. All parties are to bear their own costs and attorneys' fees.

6. The U.S. District Court for the Eastern District of California, Hon. Dale A. Drozd, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

7. Based upon the allegations set forth in the Complaint filed October 14, 2022, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated: **December 21, 2023**

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE